IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WILSON THEODORE, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 2:24-cv-224-EWH-LRL |
| : | |
| EQUIFAX INFORMATION SERVICES, LLC, : | |
| : | |
| Defendant. : | |
| _____ : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Wilson Theodore and Lashanda Theodore, on behalf of themselves and the Settlement Class Members, by Counsel, submit this Unopposed Motion for Preliminary Approval of Class Action Settlement. The Settlement Agreement is attached as Exhibit 1, and for the reasons explained in the contemporaneously filed memorandum of law, Plaintiffs request that the Court enter the Proposed Order conditionally certifying the class for purposes of settlement, appointing class counsel, appoint the class administrators, directing notice to the class, and scheduling a final fairness hearing.

Respectfully Submitted,
**WILSON THEODORE and**
**LASHANDA THEODORE**

By: */s/ Leonard A. Bennett*
Leonard A. Bennett, VSB #37523
Thomas D. Domonoske, VSB #35434
Mark C. Leffler, VSB #40712
Adam W. Short, VSB #98844
John Maravalli, VSB #99000
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662

Email: lenbennett@clalegal.com
Email: tom@clalegal.com
Email: adam@clalegal.com
Email: john@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com
*Counsel for Plaintiffs*

2