UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WILSON THEODORE, *et al.*,

    *Plaintiffs*,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    *Defendant*.

Civil Action No. 2:24-cv-224- EWH-LRL

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF RULE 23(b)(2) SETTLEMENT

    Plaintiffs Wilson Theodore and Lashanda Theodore move, pursuant to Fed. R. Civ. P. 23, for final approval of the Rule 23(b)(2) injunctive-relief class settlement of this action against Equifax Information Services, LLC. As shown before, the Settlement is fair, reasonable, and adequate under any standard, resulted from months of arm's-length negotiations, resolves hard-fought claims on behalf of thousands of consumers, and provides meaningful and durable credit reporting relief in exchange for only a limited release. For the reasons set forth in the accompanying Memorandum of Law, the Court should grant final approval pursuant to Fed. R. Civ. P. 23(e).

Dated: May 30, 2025

    Respectfully submitted,

    **PLAINTIFFS**

    By:   */s/ Leonard A. Bennett*
    Leonard A. Bennett, VSB #37523
    Thomas D. Domonoske, VSB #35434
    Mark C. Leffler, VSB #40712
    Adam W. Short, VSB #98844
    John Maravalli, VSB #99000
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J. Clyde Morris Blvd., Ste. 1-A

Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: tom@clalegal.com
Email: adam@clalegal.com
Email: john@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com

*Counsel for Plaintiffs*

2