# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **6/17/2025**       Judge:    Elizabeth W. Hanes
Time Set: **10:00 a.m.**      Reporter:    Jill Trail
Time**: 10:05 a.m. – 10:40 a.m.**      Deputy Clerk:    Tammy Eubanks

Case Number: **2:24cv224**

**Wilson Theodore, et al.**

vs.

**Equifax Information Services, LLC**

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Leonard Bennett | Zachary McEntyre |
|  | Noah Sullivan |

PROCEEDINGS:

Came on for plaintiff's motion for final approval of settlement (ECF #46). Oral argument heard. The parties are directed to file a status update in 60 days.

Court adjourned.